IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRIN HUGHES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent.<br>_____ | No. C 15-00040 BLF (PR)<br><br>**ORDER DENYING MOTION FOR<br>CERTIFICATE OF APPEALABILITY**<br><br><br><br><br>(Docket No. 13) |

　　　　Petitioner, a California prisoner, filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. On January 29, 2016, the Court granted Respondent's motion to dismiss the petition as untimely. (Docket No. 11.) In the same order, the Court denied a certificate of appealability based on the following: "Petitioner has not shown 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" (*Id.* at 8, citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).) Accordingly, Petitioner's recently filed application for certificate of appealability, (Docket No. 13), is DENIED. (*See* Docket No. 11 at 8.)

　　　　This order terminates Docket No. 13.

　　　　**IT IS SO ORDERED.**

DATED: _April 5, 2016_　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Denying Motion for COA
P:\PRO-SE\BLF\HC.15\00040Hughes_denyCOA.wpd